**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOHNNIE THOMAS, ) | No. CV 15-2100-RSWL (PLA) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| K. SEIBEL, Warden, ) | |
| Respondent. ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: 6/12/15

*RONALD S.W. LEW*
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE